

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case:                    *Maxine Adams and Cecil Adams v. Rebecca Ross*

Appellate case number:    01-11-00098-CV

Trial court case number:   980, 231

Trial court:                          County Court at Law No. 1 of Harris County, Texas

-and-

Appellate case:                    *Maxine Adams and Cecil Adams v. Rebecca Ross*

Appellate case number:    01-11-00552-CV

Trial court case number:   2010-12207

Trial court:                          269th District Court of Harris County, Texas

It is **ORDERED** that Appellants' objections to mediation in the above-referenced appeals are denied. The above-referenced appeals shall proceed to mediation as provided in the November 2, 2012 "Memorandum Order of Referral to Mediation."

Judge's signature: /s/ Harvey Brown
                    ☑ Acting individually      ☐ Acting for the Court

                    Panel consists of_____

Date: November 12, 2012